IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES A. PALUCH, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 21-1564 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Patricia L. Dodge |
| FRANK LEWIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On March 7, 2022, the Magistrate Judge issued a Report (Doc. 51) recommending that Plaintiff's Motion for Injunctive Relief Concerning Yahweh's Passover (Doc. 43) be denied. On April 4, 2022, the Magistrate Judge issued another Report (Doc. 74) recommending that Plaintiff's Amended Motion for Special Relief in the Form of a Preliminary Injunction (Doc. 8) be denied as well. Service of the two Reports and Recommendations ("R&Rs") was made on the parties, and Plaintiff has filed Objections. (Docs. 63 & 89.)

After a *de novo* review of the pleadings and documents in the case, together with the R&Rs and the Objections thereto, the following Order is entered:

Plaintiff's Motions (Docs. 43 & 8) are **DENIED** and the R&Rs (Docs. 51 & 74) are adopted as the Opinion of the District Court.

**IT IS SO ORDERED**.

August 3, 2022

s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):
All Counsel of Record

Service via First-Class, U.S. Mail:
James A. Paluch, Jr.
BQ3769
SCI Fayette
48 Overlook Drive
LaBelle, PA  15450